UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DOUGLAS TAYLOR

    Plaintiff,

v.                                                         CASE NO.:   0:19-cv-61500-RKA

ALLY FINANCIAL, INC.,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** DOUGLAS TAYLOR, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, DOUGLAS TAYLOR, and Defendant, ALLY FINANCIAL, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 19th day of March, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

    */s/Heather H. Jones*
    Heather H. Jones, Esq.
    Florida Bar No. 0118974
    William "Billy" Peerce Howard, Esq.
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Blvd.,
    Tampa, FL   33629
    Telephone: (813) 500-1500, ext. 205
    Facsimile: (813) 435-2369
    Heather@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*