UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDAALE DIVISION

DOUGLAS TAYLOR,

    Plaintiff,

v.                                                  CASE NO.: 0:19-cv-61500-RKA

ALLY FINANCIAL, INC.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, DOUGLAS TAYLOR, and the Defendant, ALLY FINANCIAL, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Gillian D. Williston* |
| Heather H. Jones, Esq. | Gillian D. Williston, Esq. |
| Florida Bar No. 0118974 | Florida Bar No. 14270 |
| William "Billy" Peerce Howard, Esq. | TROUTMAN SANDERS LLP |
| Florida Bar No. 0103330 | 222 Central Park Avenue |
| THE CONSUMER PROTECTION FIRM, PLLC | Suite 2000 |
| 4030 Henderson Blvd. | Virginia Beach, VA 23462 |
| Tampa, FL 33629 | Telephone: (757) 687-7500 |
| Telephone: (813) 500-1500, ext. 205 | Facsimile: (757) 687-7510 |
| Facsimile: (813) 435-2369 | Gillian.Williston@Troutman.com |
| Heather@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

      I certify that on May 4, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                      */s/ Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974