UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61500-CIV-ALTMAN/Hunt

**DOUGLAS TAYLOR**,

    *Plaintiff*,

v.

**ALLY FINANCIAL INC.**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 17]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record